PROB 12C
(6/16)

Report Date: November 27, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randy Lee Jensen, Jr. | Case Number: 0980 2:16CR00127-TOR-1 |
| Address of Offender: Unknown | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: March 15, 2017 | |
| Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allen Hicks | Date Supervision Commenced: August 17, 2018 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: August 16, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On November 27, 2018, Mr. Jensen failed to report to the probation office as directed.<br><br>On August 20, 2018, Randy Jensen signed his judgment for case number 2:16CR00127-TOR-1 indicating he understood all conditions ordered by the Court. Specifically, Mr. Jensen  was made aware by his U.S. Probation officer that he must report to the probation officer as directed.<br><br>On November 26, 2018, a voice mail and text message was left on Mr. Jensen's phone directing him to report to the probation office at 10 a.m. on November 27, 2018.  Mr. Jensen failed to report as directed.   The voice mails and text messages sent to Mr. Jensen have gone unanswered. |
| 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated |

Prob12C
Re: Jensen, Jr., Randy Lee
November 27, 2018
Page 2

circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On or about November 27, 2018, Mr. Jensen failed to notify the undersigned officer of a change in residence.

On August 20, 2018, Randy Jensen signed his judgment for case number 2:16CR00127-TOR-1 indicating he understood all conditions ordered by the Court. Specifically, Mr. Jensen was made aware by his U.S. Probation officer that if he plans on changing his living arrangements, he must notify the undersigned officer.

On November 26, 2018, the undersigned officer received an email from Mr. Jensen's community corrections officer with the Washington State Department of Corrections (CCO). The CCO disclosed he had attempted to conduct a personal home contact with Mr. Jensen at the Oxford house where he was residing on November 21, 2018. His room was empty. The CCO also advised he spoke with a member of the Oxford home, and was told Mr. Jensen had not been at the home in a few days. It was also reported by Mr. Jensen's CCO that he was staying with a female at an unknown residence on the north side of Spokane.

Also on November 26, 2018, the undersigned officer spoke with the house manager at the Oxford home where Mr. Jensen had resided. The house manager also informed the undersigned officer that Mr. Jensen had not stayed at the house for "a couple of days."

On November 27, 2018 at approximately 8:40 a.m., the undersigned officer attempted to make contact with Mr. Jensen at his address of record. A house mate was contacted and advised he has not seen Mr. Jensen in a couple of days.

3    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 13, 2018, Mr. Jensen contacted the undersigned officer and disclosed he had used methamphetamine on November 10, 2018. He signed a drug use admission form.

On August 20, 2018, Randy Jensen signed his judgment for case number 2:16CR00127-TOR-1 indicating he understood all conditions ordered by the Court. Specifically, Mr. Jensen was made aware by his U.S. Probation officer that he is to abstain from the use of illegal controlled substances.

4    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 26, 2018, Mr. Jensen failed to appear for a random urinalysis test at Pioneer Human Services (PHS).

On August 20, 2018, Randy Jensen signed his judgment for case number 2:16CR00127-TOR-1 indicating he understood all conditions ordered by the Court. Specifically, Mr.

Prob12C
**Re: Jensen, Jr., Randy Lee**
**November 27, 2018**
**Page 3**

Jensen was made aware by his U.S. Probation officer that he is to submit to urinalysis testing, as directed by the supervising officer.

On November 26, 2018, the color of the day for Pioneer Human Services (PHS) phase urinalysis testing was brown 1, Mr. Jensen's assigned color for urinalysis testing. He had been instructed to call the urinalysis testing hotline daily and if his color was called, he was instructed to provide a urine sample between 7 a.m. and 7 p.m. Mr. Jensen failed to appear as directed and provide a urine sample at PHS on November 26, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/27/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

November 27, 2018
Date