PROB 12C
(6/16)

Report Date: June 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Randy Lee Jensen, Jr. | | Case Number: 0980 2:16CR00127-TOR-1 | |
| Address of Offender: | | Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 15, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(February 13, 2019) | Prison - 1 month<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: April 20, 2020 | |
| Defense Attorney: |  Federal Defenders Office | Date Supervision Expires: March 19, 2023 | |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

       1               **Special Condition 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow fu reciprocal disclose between the supervising officer and treatment provider.

**Supporting Evidence**: On June 10, 2020, Mr Jensen was discharged unsuccessfully from chemical dependency treatment at Pioneer Human Services (PHS).

On June 8, 2020, Mr. Jensen reported to PHS to submit to urinalysis testing. He exhibited threatening behavior toward staff at PHS after providing a urine sample which was initially presumptive positive for illicit drugs.  Said urine sample was recently confirmed negative by Alere Toxicology.

Prob12C
Re: Jensen, Jr., Randy Lee
June 24, 2020
Page 2

On June 10, 2020, Mr. Jensen's case was staffed, and PHS decided to terminate Mr. Jensen from chemical dependency treatment unsuccessfully due to rule violations which Mr. Jensen had agreed to at the time of his assessment. The violations that occurred were: threat or act of violence toward staff, harassment of staff, abusive arguing and inappropriate language toward staff.

Mr. Jensen has been instructed to contact other chemical dependency agencies in order to resume his drug and alcohol treatment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/24/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
Chief United States District Judge

Signature of Judicial Officer

June 25, 2020

Date