PROB 12C
(6/16)

Report Date: March 18, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randy Lee Jensen, Jr.                Case Number: 0980 2:16CR00127-TOR-1

Address of Offender: 4503 East Second Avenue, Spokane, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 15, 2017

Original Offense:            Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:           Prison - 30 months            Type of Supervision: Supervised Release
                             TSR - 36 months

Revocation Sentence:         Prison - 1 month
(February 13, 2019)          TSR - 35 months

Revocation Sentence:         Prison - 6 months
(September 3, 2020)          TSR - 30 months

Amended Revocation:          Prison - 6 months
(September 3, 2020)          TSR - 29 months

Asst. U.S. Attorney:         Earl Allan Hicks            Date Supervision Commenced: March 1, 2021

Defense Attorney:            John Stephen Roberts, Jr.   Date Supervision Expires: August 31, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Jensen violated the terms of his supervised release by using methamphetamine on or about March 2, 2021. |
| | On February 26, 2021, the undersigned reviewed Mr. Jensen's conditions of supervision. He signed his judgment dated September 3, 2020, acknowledging an understanding of his conditions of supervision. On March 1, 2021, supervised released commenced. |

Prob12C
Re: Jensen, Jr., Randy Lee
March 18, 2021
Page 2

|   |   |
|---|---|
|   | On March 2, 2021, Mr. Jensen provided a urinalysis test at Pioneer Human Services (PHS). The urine sample was positive for methamphetamine, which was later confirmed positive by Alere Toxicology |
| 2 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: It is alleged, Mr. Jensen violated the terms of his supervised release by using methamphetamine and oxycodone on or about March 16, 2021. |
|   | On February 26, 2021, the undersigned reviewed Mr. Jensen's conditions of supervision. He signed his judgment dated September 3, 2020, acknowledging an understanding of his conditions of supervision. On March 1, 2021, supervised released commenced. |
|   | On March 16, 2021, Mr. Jensen provided a urinalysis test at PHS. The urine sample was presumptive positive for methamphetamine and oxycodone. Mr. Jensen admitted to the use of methamphetamine on March 14, 2021, but he denies the use of oxycodone. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/18/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

March 18, 2021
Date