PROB 12C
(6/16)

Report Date: April 29, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Randy Lee Jensen, Jr. | | Case Number: 0980 2:16CR00127-TOR-1 |
| Address of Offender: | | |
| Name of Sentencing Judicial Officer: | The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 15, 2017 | | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 13, 2019) | Prison - 1 month<br>TSR - 35 months | |
| Revocation Sentence:<br>(September 3, 2020) | Prison - 6 months<br>TSR - 30 months | |
| Amended Revocation:<br>(September 3, 2020) | Prison - 6 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: March 1, 2021 |
| Defense Attorney: | Lorinda Meier Youngscourt | Date Supervision Expires: August 31, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/18/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged that Mr. Jensen violated his conditions of supervision by failing to report to the probation officer via telephone on April 19, 2021.<br><br>On February 26, 2021, the undersigned officer reviewed Mr. Jensen's conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision. On March 1, 2021, supervised release commenced. |

Prob12C
**Re: Jensen, Jr., Randy Lee**
**April 29, 2021**
**Page 2**

On April 16, 2021, the undersigned officer directed Mr. Jensen to contact the undersigned officer on April 19, 2021, for his weekly check in. Mr. Jensen did not call as directed, nor did he make any effort to contact the undersigned officer thereafter. The undersigned officer initiated contact on April 28, 2021, which Mr. Jensen indicated "he forgot to call" on April 19, 2021.

4   **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: It is alleged that Mr. Jensen violated his conditions of supervised release by traveling to the District of Idaho on or about April 21, 2021, without first getting permission from the undersigned officer.

On February 26, 2021, the undersigned officer reviewed Mr. Jensen's conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision. On March 1, 2021, supervised release commenced.

On April 21, 2021, Mr. Jensen was pulled over on a traffic stop at approximately 1:25a.m. by the Idaho State Police in Coeur d'Alene, Idaho. The undersigned officer did not authorize Mr. Jensen to the District of Idaho.

5   **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Mr. Jensen violated his conditions of supervised release by failing to notify the undersigned within 72 hours of having contact with law enforcement in Coeur d'Alene Idaho, since April 21, 2021.

On February 26, 2021, the undersigned officer reviewed Mr. Jensen's conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision. On March 1, 2021, supervised release commenced.

On April 21, 2021, Mr. Jensen was pulled over on a traffic stop at approximately 1:25a.m. by the Idaho State Police in Coeur d'Alene, Idaho. He was issued a citation for driving without privileges. Mr. Jensen did not notify the undersigned officer that he had contact with law enforcement within the required 72-hour time frame.

6   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Jensen violated his conditions of supervised release by failing to appear for random urinalysis testing at Pioneer Human Services on April 9 and 21, 2021.

On February 26, 2021, the undersigned officer reviewed Mr. Jensen's conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision. On March 1, 2021, supervised release commenced.

Prob12C
Re: Jensen, Jr., Randy Lee
**April 29, 2021**
Page 3

On April 9 and 21, 2021, the color of the day for urinalysis testing at Pioneer Human Services was brown, Mr. Jensen's assigned color for random urinalysis testing. On both days, Mr. Jensen failed to appear for urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/29/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

April 29, 2021
Date