PROB 12C
(6/16)

Report Date: May 6, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randy Lee Jensen, Jr.                Case Number: 0980 2:16CR00127-TOR-1

Address of Offender: 4503 East 2nd Avenue, Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 15, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 13, 2019) | Prison - 1 month<br>TSR - 35 months | |
| Revocation Sentence:<br>(September 3, 2020) | Prison - 6 months<br>TSR - 30 months | |
| Amended Revocation:<br>(September 3, 2020) | Prison - 6 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: March 1, 2021 |
| Defense Attorney: | Lorinda Meier Youngscourt | Date Supervision Expires: August 31, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/18/2021 and 04/29/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Jensen violated his conditions of supervised release by using methamphetamine on or about May 1, 2021. |

Prob12C
Re: Jensen, Jr., Randy Lee
May 6, 2021
Page 2

On February 21, 2021, the undersigned officer reviewed Mr. Jensen's conditions of supervised release. He signed his judgment acknowledging an understanding of his conditions of supervision.

On May 4, 2021, the undersigned officer was contacted by Mr. Jensen's attorney. She disclosed that Mr. Jensen had recently contacted her advising he had relapsed on methamphetamine. When the undersigned officer spoke with Mr. Jensen, he confirmed he had a relapse on methamphetamine on or about May 1, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/06/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

May 6, 2021
Date